IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DALE MAISANO,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Case No. 3:14-mc-00393
                                 )
CORIZON HEALTH INC. et al.,      )        Chief Judge Haynes
                                 )
        Defendants.              )

## ORDER

The complaint in this case was filed in an improper venue, is frivolous, and fails to

comply with the Restraining Order entered by Senior United States District Judge Stephen M.

McNamee on August 11, 1992. *Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug.

11, 1992). Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms . . .

will be sufficient ground to deny leave to file." *Id.* Because Plaintiff made no attempt with his

current filing to comply with the Restraining Order, the present complaint is hereby

**DISMISSED WITHOUT PREJUDICE.** An appeal of this order would not be in good faith,

and the Court will not grant leave to appeal *in forma pauperis*.

The Clerk is **DIRECTED** to assign a civil action number to this case, to enter judgment

and to close the case, in accordance with Rule 58, Fed. R. Civ. P.

It is so **ORDERED**.

**ENTERED** this the _12_ day of _March_, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court